# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>        Defendants. | Case No. 1:22-cv-00160-JLT-SAB (PC)<br><br>ORDER THAT INMATE JOSE ALFREDO SUAREZ, CDCR #H-52800 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 40) |

A settlement conference in this matter commenced on February 15, 2023, inmate Jose Alfredo Suarez, CDCR #H-52800, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:   **February 15, 2023**　　　　　/s/ *Barbara A. McAuliffe*

　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE