# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEN CLARK, et al.,<br><br>　　　　Defendants. | Case No. 1:22-cv-00160-JLT-SAB (PC)<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AN OPPOSITION<br><br>(ECF No. 56) |

Plaintiff Jose Alfredo Suarez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for an extension of time to file an opposition to Defendants' exhaustion motion for summary judgment, filed July 5, 2023. (ECF No. 56.)

Good cause having been presented, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an opposition.

IT IS SO ORDERED.

Dated:　**July 6, 2023**

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1