UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>            Plaintiff,<br><br>        v.<br><br>KEN CLARK, et al.,<br><br>            Defendants. | No.  1:22-cv-00160-JLT-SAB (PC)<br><br>ORDER GRANTING, IN PART, PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME<br><br>(ECF No. 59) |

Plaintiff Jose Alfredo Suarez is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for 45 day extension of time to file a reply to Defendants' opposition, filed July 25, 2023.

Having considered the request, the Court finds good cause to grant, in part, the requested extension of time.  Fed. R. Civ. P. 6(b).  However, the Court finds that an extension of 30 days, rather than 45 days, is reasonable under the circumstances.  Accordingly, it is HEREBY ORDERED that Plaintiff is granted 30 days from the date of service of this order to file a reply.

IT IS SO ORDERED.

Dated:   **July 26, 2023**

UNITED STATES MAGISTRATE JUDGE

1