UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>O. VALLADOLID, et al.,<br><br>    Defendants. | No.  1:22-cv-00160-SAB (PC)<br><br>**AMENDMENT** TO TRIAL SCHEDULING ORDER ISSUED ON FEBRUARY 1, 2024<br><br>(ECF Nos, 79, 80) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On February 1, 2024, the Court issued the trial scheduling order setting this case for jury trial on August 6, 2024, noting that the action is proceeding on Plaintiff's excessive force claim against Defendant Valladolid, and failure to intervene and retaliation claims against Defendant Gamboa.  (ECF No. 79.)

On February 16, 2024, Plaintiff filed a notice of correction indicating that the Court inadvertently omitted that this action is also proceeding on Plaintiff's retaliation claim against Defendant Valladolid.  (ECF No. 80.)

///

///

///

1

1 | Plaintiff is correct, and the trial scheduling order is HEREBY AMENDED to reflect that
2 | this action is proceeding on Plaintiff's excessive force claim and retaliation claims against
3 | Defendant Valladolid, and failure to intervene and retaliation claims against Defendant Gamboa.

IT IS SO ORDERED.

Dated:  **February 20, 2024**

UNITED STATES MAGISTRATE JUDGE