UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>    Plaintiff,<br><br>v.<br><br>O. VALLADOLID, et al.,<br><br>    Defendants. | Case No. 1:22-cv-00160-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE JOSE ALFREDO SUAREZ**, CDCR # H-52800 **VIA VIDEO CONFERENCE**<br><br>DATE: June 18, 2024<br>TIME:  1:00 P.m. |

  **Inmate Jose Alfredo Suarez, CDCR # H-52800**, a necessary and material witness on his behalf in a settlement conference on **June 18**, **2024**, at 1:00 p.m., is confined at the Pelican Bay State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on June 18, 2024 at 1:00 p.m.**

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

  **To: The Warden of Pelican Bay State Prison:**

  **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **May 17, 2024**

                     UNITED STATES MAGISTRATE JUDGE

