UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>O. VALLADOLID, et al.,<br><br>　　　　　　Defendants. | No.  1:22-cv-00160-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CHANGE PLAINTIFF'S ADDRESS OF RECORD |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

This case is currently set for a settlement conference on June 18, 2024, with a jury trial scheduled for August 6, 2024.  In issuing the writ of habeas corpus ad testificandum for Plaintiff's appearance at the remote settlement conference, the Court viewed the California Department of Corrections and Rehabilitations (CDCR) inmate locator website and found that Plaintiff is currently housed at Pelican Bay State Prison, not R.J. Donovan Correctional Facility as reflected on the docket in this case based on Plaintiff's most recent address of record filed May 3, 2024  (ECF No. 90).  See https://apps.cdcr.ca.gov/ciris/results?cdcrNumber=H52800.[1]

Because of the imminent proceedings in this matter, the Court will make a one-time exception

---

[1] This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").

1

1  and direct the Clerk of Court to change Plaintiff's address of record based on CDCR's website.
2  See Local Rule 182(f) (all parties are "under a continuing duty" to notify the clerk of "any change
3  of address[.]").  Accordingly, it is HEREBY ORDERED that the Clerk of Court shall change
4  Plaintiff's address of record to reflect Pelican Bay State Prison.

IT IS SO ORDERED.

Dated:   **May 17, 2024**

UNITED STATES MAGISTRATE JUDGE