UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. VALLADOLID, et al.<br><br>　　　　Defendants. | No. 1:22-cv-0-160-SAB (PC)<br><br>ORDER THAT INMATE JOSE ALFREDO SUAREZ, CDCR #H-52800 IS NO LONGER NEEDED AS A PARTICIPANT IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED<br><br>(ECF No. 100) |

A settlement conference in this matter commenced on June 18, 2024, inmate Jose Alfredo Suarez, CDCR #H-52800, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:　**June 18, 2024**　　　　　　　/s/ Barbara A. McAuliffe
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1