UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>                Plaintiff,<br><br>v.<br><br>O. VALLADOLID, et al.,<br><br>                Defendants. | Case No. 1:22-cv-00160-SAB (PC)<br><br>ORDER WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE JOSE ALFREDO SUAREZ**, CDCR No. H-52800<br><br>**DATE: August 13, 2024**<br>**TIME:  8:30 a.m.** |

**Inmate Jose Alfredo Suarez, CDCR No. H-52800**, a necessary and material participant on his own behalf in proceedings in a jury trial on August 13, 2024, at 8:30 a.m., is confined at the R.J. Donovan Correctional Facility, in the custody of the Warden. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear <u>in person</u> at the United States District Court for the Eastern District of California, Fresno Division before Magistrate Judge Stanley A. Boone** on August 13, 2024, at 8:30 a.m. and each date thereafter until the civil jury trial is complete.

    **ACCORDINGLY, IT IS ORDERED that:**

    1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear in person, <u>along with his legal property</u>,** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

    2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

    **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    **To: The Warden of R.J. Donovan Correctional Facility:**

    **WE COMMAND** you to produce the inmate named above to appear in person at the time and place above, until completion of the proceedings, or as ordered by the court.

    **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:   **July 3, 2024**


UNITED STATES MAGISTRATE JUDGE

