UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. VALLADOLID, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00160-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR COURT TO INTERVENE AND ISSUE TRANSFER ORDER<br><br>(ECF No. 123) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. This case is currently set for jury trial on August 13, 2024.

On July 15, 2024, Plaintiff filed a notice of change of address and a motion for the Court to intervene and issue a transfer order. (ECF No. 123.) Plaintiff submits that on July 10, 2024, he was transferred from R.J. Donovan Correctional Facility to North Kern State Prison, instead of Pelican Bay State Prison. (Id. at 2.) Plaintiff requests that the Court issue an order transferring him to Pelican Bay State Prison and to grant access to his legal materials for use at the jury trial.

Because of the imminent jury trial, the Court HEREBY directs that on or **July 19, 2024**, Defendants shall file a response to Plaintiff's motion addressing whether his legal material was transferred with him to North Kern State Prison and whether he currently has access to such materials. Defendants shall also advise the Court if Plaintiff's motion has become moot by having been provided access to his legal materials.

IT IS SO ORDERED.

Dated:  **July 16, 2024**

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1