UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>  Plaintiff,<br><br>  v.<br><br>O. VALLADOLID, et al.,<br><br>  Defendants. | No. 1:22-cv-00160-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO INTERVENE AND ISSUE TRANSFER ORDER<br><br>(ECF No. 123.) |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

On July 15, 2024, Plaintiff filed a motion for the Court to intervene and issue a transfer order. (ECF No. 123.) Defendants filed a response on July 19, 2024. (ECF No. 127.)

In his motion, Plaintiff submits that on July 10, 2024, he was transferred from R.J. Donovan Correctional Facility to North Kern State Prison, instead of Pelican Bay State Prison. (ECF No. 123. at 2.) Plaintiff requests that the Court issue an order transferring him to Pelican Bay State Prison and to grant access to his legal materials for use at the jury trial. (Id.)

Defendants declare as follows:

Plaintiff was transferred to California State Prison – Corcoran (Corcoran) on or about Thursday morning, July 18, 2024. I am informed and believe that Plaintiff is currently at Corcoran and will remain there until trial in this matter is completed.

1

> On July 17, 2024, I requested that Plaintiff's legal documents be forwarded to him from Pelican Bay State Prison (Pelican Bay).
>
> On July 19, 2024, Sergeant R. Valentin, the Receiving and Release Sergeant at Pelican Bay, informed me that Plaintiff's legal property has been located and will be shipped from Pelican Bay at approximately noon on July 19, 2024, and arriving at Corcoran by the end of next week (approximately July 26, 2024).

(ECF No. 127 at 2.)  Based on Defendants' response, Plaintiff's motion has been rendered moot because he will be housed at Corcoran near the trial venue and by the end of this week he will have access to his legal property once it is received from Pelican Bay.  Accordingly, Plaintiff's motion for the Court to issue a transfer order is DENIED.

IT IS SO ORDERED.

Dated:   **July 22, 2024**

UNITED STATES MAGISTRATE JUDGE