UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ, | No.  1:22-cv-00160-SAB (PC) |
| Plaintiff, | ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION TO CONTINUE THE JURY TRIAL |
| v. | |
| O. VALLADOLID, et al., | (ECF No. 135) |
| Defendants. | |

Plaintiff is proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.  This case is currently set for jury trial on August 13, 2024.

On August 1, 2024, Plaintiff filed a motion to continue the jury trial because he does not have access to his legal materials.  (ECF No. 135.)

Because of the imminent jury trial, the Court HEREBY directs that on or **August 6, 2024**, Defendants shall file a response to Plaintiff's motion addressing whether he currently has access to his legal materials.

IT IS SO ORDERED.

Dated:   **August 2, 2024**

_____
UNITED STATES MAGISTRATE JUDGE

1