# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ<br><br>Plaintiff,<br><br>v.<br><br>O. VALLADOLID, et al.,<br><br>Defendants. | Case No. 1:22-cv-00160-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM AS TO INMATE, JOSE ALFREDO SUAREZ, CDCR NO. H-52800 |

Inmate Jose Alfredo Suarez, CDCR No. H-52800, is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: **August 14, 2024**

UNITED STATES MAGISTRATE JUDGE