FILED
AUG 14 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>Plaintiff,<br><br>v.<br><br>O. VALLADOLID, et. al.,<br><br>Defendants. | No.   1:22-cv-00160-SAB (PC)<br><br>JUDGMENT IN A CIVIL ACTION |

JURY VERDICT: This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

IT IS HEREBY ORDERED AND ADJUGED that JUDGMENT be entered in favor of Defendants and against Plaintiff on all of plaintiff's claims, according to the verdict of the trial the jury returned in open Court on August 14, 2024.

The Clerk of the Court is instructed to close this case.

Dated: August 14, 2024               KEITH HOLLAND, CLERK OF THE COURT

                                     By: /s/ Jan Nguyen
                                     Jan Nguyen, Deputy Clerk

1