UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>O. VALLADOLID, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00160-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO CONTINUE THE TRIAL AS MOOT<br><br>(ECF No. 161) |

　　Following a jury trial in this matter pursuant to 42 U.S.C. § 1983, judgment was entered in favor of Defendants on August 14, 2024.

　　Plaintiff filed a notice of appeal on August 26, 2024. On this same date, Plaintiff filed a motion to extend the trial date, which is self-dated July 28, 2024. (ECF No. 161.) Inasmuch as the Court previously denied Plaintiff's motion to continue the jury trial which concluded on August 14, 2024, Plaintiff's now-filed motion is denied as MOOT.

IT IS SO ORDERED.

Dated:　**August 27, 2024**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1