UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ALFREDO SUAREZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>O. VALLADOLID, et al.,<br><br>　　　　Defendants. | No. 1:22-cv-00160-SAB (PC)<br><br>ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR COURT ORDER<br><br>(ECF No. 167) |

Following a jury trial in this matter pursuant to 42 U.S.C. § 1983, judgment was entered in favor of Defendants on August 14, 2024.

Plaintiff filed a notice of appeal on August 26, 2024. (ECF No. 159)

On September 13, 2024, Plaintiff filed a motion requesting a court order to direct prison officials to return his legal materials in order to litigate his appeal in this matter. (ECF No. 167.)

To the extent Plaintiff requests the *district* court issue an order directing prison officials to return his legal materials, it is now without jurisdiction to grant the requested relief. See Hoffman v. Beer Drivers & Salesmen's Local Union No. 888, 536 F.2d 1268, 1276 (9th Cir. 1976) ("an appeal to the circuit court deprives a district court of jurisdiction as to any matters involved in the appeal"); Erikson Prods. v. Kast, 769 Fed. App'x 482 (9th Cir. 2019). Thus, the requests should be made to the Ninth Circuit.

///

Accordingly, it is HEREBY ORDERED that Plaintiff's motion for a court order (ECF No. 167) is **DENIED** without prejudice to filing the requests with the Ninth Circuit, which currently has jurisdiction over this action.

IT IS SO ORDERED.

Dated:  **September 16, 2024**

UNITED STATES MAGISTRATE JUDGE