1

2

3

4

5

6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  JOSE ALFREDO SUAREZ, | No.  1:22-cv-00160-SAB (PC) |
| 12        Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF TRANSCRIPT AT |
| 13     v. | GOVERNMENT EXPENSE |
| 14  O. VALLADOLID, et al., | (ECF No. 162) |
| 15        Defendants. | |

16

17        Following a jury trial in this matter pursuant to 42 U.S.C. § 1983, judgment was entered in

18   favor of Defendants on August 14, 2024.  Plaintiff filed a notice of appeal on August 26, 2024.

19        Currently before the Court is Plaintiff's motion for a copy of the transcript at government

20   expense, filed August 26, 2024.  (ECF No. 162.)  Plaintiff requests a copy of the transcript "for

21   purposes of preparing his appeal."  (Id. at 2.)

22        Plaintiff's request must also be denied because the use of public funds on behalf of an

23   indigent litigant is only proper when authorized by Congress. United States v. MacCollom, 426

24   U.S. 317, 321 (1976); see also Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (citing

25   Macollom).

26         The request for transcripts at public expense is governed by two separate statutes: 28

27   U.S.C. § 753(f) and 28 U.S.C. § 1915(c).  Pursuant to 28 U.S.C. § 1915(c), there are limited

28   circumstances under which this court can direct the government's payment of transcripts for a

1   litigant proceeding in forma pauperis.  Section 1915(c) provides that "the court may direct

2   payment by the United States of the expenses of ... printing the record on appeal if such printing

3   is required by the appellate court, in the case of proceedings conducted pursuant to section 636(c)

4   of this title."  In this case, the Ninth Circuit Court of Appeal has not informed this Court that

5   printing of the record on appeal is required in this action.

6          Section 753(f) allows for the government to pay for transcripts provided to plaintiffs in

7   civil matters, it does so only when either the trial or circuit judge has certified that the appeal is

8   not frivolous and that the transcript is needed to decide the issue presented on appeal. 28 U.S.C. §

9   753(f); Henderson v. United States, 734 F.2d 483, 484 (9th Cir. 1984) (stating court order

10  directing production of transcript at government expense pursuant to Section 753(f) constitutes

11  implicit finding by court that appeal presents substantial issue).  Neither court has certified that

12  the appeal is not frivolous.  The docket fails to indicate that certification by either court that the

13  appeal is not frivolous has occurred.  In addition, neither the District Court, nor the Ninth Circuit

14  have indicated that the trial transcript will be needed on appeal.  For these reasons, Plaintiff's

15  motion for transcripts at government expense is DENIED.

16

17  IT IS SO ORDERED.

18  Dated:   **September 18, 2024**      _____

                                          UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28